**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN MOSER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  7:26-CV-00069-O |
| | § | |
| **BLUE TEAL HOLDINGS, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time (ECF No. 8), filed on June 26, 2026. Having considered the Motion, noting it is unopposed, and finding good cause, the Court **GRANTS** the Motion. Defendant is **ORDERED** to file its responsive motion or pleading to Plaintiff's Complaint no later than **August 15, 2026**.

**SO ORDERED** on this **29th day** of **June, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

- 1 -